# 1:25-cv-1398
# EXHIBIT I



KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

September 26, 2023

**Via Overnight Mail and Electronic Mail**

Benjamín Espinosa
Owner
Pools Premium
13791 N Hwy 16 Poteet
San Antonio, Texas 78065
info@poolspremium.com

       Re: Pools Premium – Intellectual Property Infringement

Dear Mr. Espinosa:

       This law firm represents Latham Pool Products, Inc. ("Latham"). We are contacting you to raise troubling issues related to your company's apparent infringement of Latham's intellectual property.

       Latham is the largest designer, manufacturer, and marketer of in-ground residential swimming pools in North America, Australia, and New Zealand. With nearly 65 years of experience, Latham has garnered countless awards and industry recognitions. It is one of the only pool manufacturers to receive ICC-ES Certification of its products. Latham offers an unparalleled selection of pools that fit every budget and style preference—from ultra-strong, maintenance-free fiberglass in more than 60 designs, to vinyl-liner pools that let homeowners customize their pool right down to the hue of the water, as well as a variety of safety covers.

       Latham offers an aesthetically appealing, interactive website with various diagrams, photographs, renderings, and other visualizations to assist its customers in selecting the perfect pool. These visual works are creative and undoubtedly protected under copyright law. Given the importance of these designs to its business, Latham vigorously enforces its copyrights in these works in the marketplace.

**Copyright Infringement**

       Latham recently learned that Pools Premium is offering an array of pool designs that appear to be virtually identical to at least seven of Latham's pool offerings. In addition, Pools Premium is using images on its website that appear to be virtually identical to illustrations created specifically for Latham, in which Latham owns the copyright. Pool Premium's offerings

Benjamín Espinosa
September 26, 2023
Page 2

and renderings that we have discovered, alongside the Latham renderings that they have copied are shown below. Aside from a slight difference in the precise shade of blue used, the renderings are indistinguishable—down to the angle, texture, shadow, gradient, and light reflection.

| Latham https://www.lathampool.com/fiberglass-pool-shapes/ | Pools Premium https://poolspremium.com/fiberglass-pools-models/ |
|---|---|
| Laguna Deluxe | EMPIRE |
| Aruba | BAIA |
| Laguna | MALDIVAS SUNSET |
| Gulf Shore | MONACO |

US2008 22316069 1

Benjamín Espinosa
September 26, 2023
Page 3

| Latham | Pools Premium |
| https://www.lathampool.com/fiberglass-pool-shapes/ | https://poolspremium.com/fiberglass-pools-models/ |
|---|---|
| Valencia | BORACAY |
| Corinthian 12 | SAN ANDRÉS |
| Shasta | CAPRI |

    Latham also recently learned that Pools Premium is using on its website an illustration of the fiberglass pool model that looks virtually identical to the one found in the 2023 Latham Product Catalog. Pool Premium's use of Latham's federally registered CRYSTITE trademark further underscores that the copying is intentional and willful, and the model was created to mimic Latham's.

Benjamín Espinosa
September 26, 2023
Page 4



The Copyright Act provides an array of remedies for copyright infringement, including injunctive relief and destruction of infringing goods, actual damages, and an accounting of all profits attributable to the infringement. Here, the cumulative effect of seeing identical rendering after identical rendering points to the inescapable conclusion that Pools Premium engaged in a willful pattern of copying Latham's designs.

**<u>Trademark Infringement</u>**

As noted above, Pools Premium is using Latham's federally registered CRYSTITE® mark on its website:



https://poolspremium.com/#

Latham owns U.S. Trademark Registration No. 2648095 for the mark CRYSTITE for "coatings in the nature of paints for use in pools." in Class 2. Enclosed is a copy of the Certificate of Registration. Latham's trademarks are among its most valuable intellectual

Benjamín Espinosa
September 26, 2023
Page 5

property assets. As your counsel will confirm, a trademark serves as a unique source identifier; for this reason, Latham has an obligation to enforce its trademark to protect consumers against confusion.

Pools Premium's use of the identical CRYSTITE mark for identical goods on its website is likely to cause confusion. Consumers are likely to believe mistakenly that Latham is the source of these goods or has sponsored or endorsed these goods.

**Potential Patent Infringement**

Latham's patent portfolio includes Patent Nos. US D924,445 and US D923,825 directed to a surface portion of a pool or spa. We understand Premium Pools offers a variety of fiberglass surface offerings, including Ocean Blue, Midnight Blue, Pearl White, and Granite Gray offerings. One or more of these fiberglass surface offerings, including, in particular, the Midnight Blue and Granite Gray offerings, appear to be similar to one or more of Latham's design patents. Please provide us with samples of your fiberglass surface offerings so we may determine if they infringe one or more of Latham's design patents.

**Trade Secret**

We also write to remind Pools Premium that may be liable for trade secret misappropriation under the Texas Uniform Trade Secrets Act (TUTSA) to the extent it uses protected information taken via improper means or via a breach of confidential relationship, including for example using confidential information obtained by a current or former Latham employee through their employment at Latham. In addition, any former or current Latham employee sharing confidential Latham information would be in breach of their employment agreement and/or severance agreement.

**Latham's Demands**

We write this letter in an attempt to resolve this matter quickly and amicably, without litigation. Accordingly, we demand that Pools Premium:

(1) provide written assurances that all use of Pools Premium's visual works that copy Latham's visual works, including but not limited to those renderings identified above, will cease immediately, which includes not only use on the website but in any marketing, advertising, packaging, brochures, or any other materials or displays;
(2) provide a detailed accounting of (a) all items that have been manufactured, marketed or promoted bearing the copied renderings, and (b) all sales made to date by Pools Premium using the copied renderings, including information concerning Pools Premium's gross revenues and profits derived from items (a) bearing, or (b) advertised, marketed, or promoted with, the copied renderings;
(3) cease and desist all uses of CRYSTITE® in connection with its pools, and refrain from such use in the future; and
(4) provide samples of Pools Premiums' fiberglass surface options (e.g. the Ocean Blue, Midnight Blue, Pearl White, and Granite Gray offerings).

Benjamín Espinosa
September 26, 2023
Page 6

After we receive the requested information, we will revert to you regarding the amount that Pools Premium owes our client as a result of its infringement.

Please respond to us within two (2) weeks of this letter's date regarding whether Pools Premium will comply with our client's demands. If we do not hear from you within this time, we will assume that your company has no desire to resolve this matter amicably, and Latham will have no choice but to consider its further legal options.

Please bear in mind that this letter is sent for the purpose of reaching a compromise and is without prejudice to any rights or remedies available to our client, which are hereby expressly reserved.

Sincerely,

James A. Trigg

cc: Latham Pool Products, Inc.

US2008 22316069 1