<u>**RETURN OF SERVICE**</u>

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:25-CV-01398-ADA-DH

Plaintiff:
**Latham Pool Products, Inc.**

vs.

Defendant:
**Pools Premium LLC**

For:
Scott, Douglass & McConnico, LLP
303 Colorado Street
Suite 2400
Austin, TX 78701

Received by Richard A. Mayen on the 3rd day of September, 2025 at 10:42 am to be served on **Pools Premium LLC by serving its Registered Agent, Bachleda and Rodriguez Companies, 6800 Park Ten Blvd., Ste. 217N, San Antonio, Bexar County, TX 78213**.

I, Richard A. Mayen, do hereby affirm that on the **3rd day of September, 2025** at **2:19 pm, I:**

served a **BUSINESS ENTITY** by personally delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, with Exhibits A, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Form AO121 Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Plaintiff's Rule 7.1 Corporate Disclosure Statement, Motion for Admission Pro HAC Vice - Mehrnaz Boroumand Smith with [Proposed] Order, Motion for Admission Pro HAC Vice - Russell A. Korn with [Proposed] Order, Motion for Admission Pro HAC Vice - Troy Viger with [Proposed] Order, Motion for Admission Pro HAC Vice - Bryan Jacob Wolin with [Proposed] Order** with the date of service endorsed thereon by me, to: **Shziel Deleon** as **Adminstrative Assistant** for **Pools Premium LLC**, at the address of: **6800 Park Ten Blvd., Ste. 217N, San Antonio, Bexar County, TX 78213**.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. The facts stated in this affidavit are within my personal knowledge and are true and correct. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Richard A. Mayen. I am at least 18 years old. My work address is 7113 San Pedro, Suite 291, San Antonio, TX 78216, United States of America. I declare under penalty of perjury that the foregoing is true and correct. Executed in Bexar County, State of Texas on September 4, 2025 by Richard A. Mayen, declarant.

*[signature]*

**Richard A. Mayen**
PSC-841; Exp. 07/31/2026

**Austin Process LLC**
**1100 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2025008139
Ref: Latham Pool v. Pools Premium